UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RUFINO Q. AQUINO,  )
                   )
        Plaintiff, )   Case No.: 2:19-cv-00929-GMN-VCF
  vs.              )
                   )   **ORDER**
PNC BANK NATIONAL ASSOCIATION, *et* )
*al.*,             )
                   )
        Defendants.)

Pending before the Court is the Motion to Expunge Lis Pendens, (ECF No. 27), filed by Defendant PNC Bank National Association ("PNC"). For the reasons discussed below, the PNC's Motion to Expunge Lis Pendens is **GRANTED**.

I. **BACKGROUND**

Plaintiff Rufino Aquino ("Plaintiff") originally filed this lawsuit on May 9, 2019, in state court. (Compl., ECF No. 1-1). PNC subsequently removed to federal court on the basis of diversity jurisdiction. (Pet. Removal, ECF No. 1). On March 11, 2020, the Court entered an Order dismissing this matter with prejudice. (Order, ECF No. 25). Pursuant to said Order, PNC filed the instant Motion. Plaintiff did not file a response, and the deadline to do so has passed.

II. **DISCUSSION**

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion . . . constitutes a consent to the granting of the motion." D. Nev. LR 7-2(d). Given Plaintiff's failure to file an opposition, the Court grants the Motion pursuant to Local Rule 7-2(d).

///

///

### III. CONCLUSION

**IT IS HEREBY ORDERED** that PNC's Motion to Expunge Lis Pendens, (ECF No. 27), is **GRANTED**.

**IT IS FURTHER ORDERED** the Notice of Pendency of Action or Lis Pendens recorded by Plaintiff in relation to this matter, as Instrument No. 20190819-0001260 as to a certain parcel of real property with Assessor's Parcel No. 177-16-701-011 shall be expunged.

**IT IS FURTHER ORDERED** that a copy of this Order may be recorded with the Clark County's Recorder's Office in the applicable chain of title.

**DATED** this 20 day of October, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court